## CONSENT TO REMOVAL

Defendant Randy Allen hereby consents to the removal of the action *Terry Parham v. Randy Allen and Mack Trucks, Inc.*, in the Circuit Court for Montgomery County, Alabama, Civil Action No. CV-06-1011 to the United States District Court for the Middle District of Alabama by the defendant Mack Trucks, Inc., without prejudice to defendant Allen's previously filed motion to dismiss.

                                                                               */s/ Brett A. Ross*
                                                                        Brett A. Ross

                                                                        Attorney for Defendant
                                                                        Randy Allen

OF COUNSEL:
CARR, ALLISON, PUGH, HOWARD,
OLIVER & SISSON, P.C.
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057

1468480


EXHIBIT C