IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 26  P 3:10

| | |
|---|---|
| TERRY PARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| RANDY ALLEN, an individual, MACK | ) 2:06cv483-DRB |
| TRUCKS, INC., a corporation, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT MACK TRUCKS, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Mack Trucks, Inc. submits this corporate disclosure statement in compliance with Federal Rules of Civil Procedure Rule 7.1, as follows:

1.   A.B. Volvo is the parent corporation of Mack Trucks, Inc. A.B. Volvo is a Swedish corporation which is publicly traded in the country of Sweden. No other publicly traded entity owns 10% or more of the stock of Mack Trucks, Inc.

Respectfully submitted,

_____
John C. Morrow (MOR054)
Geoffrey S. Bald (BAL032)
Dow A. Davidson (DAV160)
Attorneys for Defendants
Mack Trucks, Inc.

1467693

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 26 day of May, 2006:

Christopher D. Glover
Hollis & Wright, P.C.
1750 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

Brett A. Ross
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

_____
OF COUNSEL

1467693

2