IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-CV-483-WHA |
| RANDY ALLEN, an individual, MACK | ) |
| TRUCKS, INC., a corporation, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**REPORT OF THE PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 26(f), and this Court's Order of June 28, 2006, counsel for the parties have conferred on a discovery plan and jointly submit this Report of the Parties' Planning Meeting.

1. The meeting of the parties was held on July 12, 2006. The meeting was attended by:

      Christopher Glover       Brett Ross
      Hollis & Wright       Carr Allison
      **Counsel for Plaintiff**       **Counsel for Randy Allen**

      John Morrow
      Geoffrey Bald
      Burr & Forman LLP
      **Counsel for Mack Trucks, Inc.**

2. **Pre-Discovery Disclosures.** The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before August 15, 2006.

1479914

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subject(s):

    All claims by Plaintiff and all defenses by Defendants.

    b. All Discovery commenced in time to be completed by March 31, 2007.

    c. Maximum of 40 interrogatories by each party to any other party.

    Responses due **30** days after service.

    d. Maximum of **40** requests for production by each party to any other party.

    Responses due **30** days after service.

    e. Maximum of **40** requests for admission by each party to any other party.

    Responses due **30** days after service.

    f. Each party shall be allowed to take a maximum of **7** depositions.

    g. Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff by December 31, 2006
    Plaintiffs' experts to be made available for deposition on or before January 31, 2007

    from Defendants by February 28, 2007
    Defendants' experts to be made available for deposition on or before March 31, 2007.

    h. Supplementations under Rule 26(e) due no later than 30 days before the close of discovery.

4. **OTHER ITEMS**

    a. The parties do not request a conference with the Court before entry of the scheduling order.

    b. The parties request a pretrial conference in June 2007.

    c. Plaintiff should be allowed until September 30, 2006, to join additional parties and to amend the pleadings.

    d.    Defendant should be allowed until October 31, 2006, to join additional parties and to amend the pleadings.

    e.    All potentially dispositive motions should be filed by April 2, 2007.

    f.    Settlement cannot be realistically evaluated prior to some discovery and may be enhanced by use of mediation to be determined at a later date.

    g.    Final lists of trial evidence under Rule 26(a)(3) should be due pursuant to the terms of the pretrial order.

    h.    Parties should have **14** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    i.    The case should be ready for trial on the Court's July 9, 2007, docket, and at this time is expected to take approximately four to five (4-5) days.

Respectfully submitted,

_/s/ John C. Morrow_

John C. Morrow ASB-9424-O77J
Geoffrey S. Bald ASB-0768-D46G

Attorneys for Defendants
MACK TRUCKS, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

_/s/ Christopher Glover_

Christopher Glover

Attorney for Plaintiff

**OF COUNSEL:**
HOLLIS & WRIGHT, P.C.
1750 Financial Center
505 North 20th Street
Birmingham, Alabama 353203

/s/ Brett Ross
Brett Ross

Attorney for Defendant
Randy Allen

**OF COUNSEL:**
CARR ALLISON
100 Vestavia Parkway
Suite 200
Birmingham, Alabama 35216