IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv483-WHA |
| ) | |
| RANDY ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon consideration of the Motion to Dismiss (Doc. #6), filed on July 11, 2006, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before July 27, 2006** why the motion should not be granted. The Defendant shall have **until August 3, 2006** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 13th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE