IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY R. PARHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv483-WHA |
| ) | |
| MACK TRUCKS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Petition to Intervene and Complaint in Intervention (Doc. #12), filed on November 28, 2006, it is

ORDERED that the Plaintiff and Defendant shall show cause, if any there be, **on or before December 8**, **2006** why the Petition to Intervene by UPS and Liberty Mutual Insurance Company should not be granted. The petition will be taken under submission on that day for determination without oral hearing.

DONE this 28th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE