IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY PARHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv483-WHA |
| | ) | |
| MACK TRUCKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant Mack Trucks, Inc.'s Response (Doc. #14), it is hereby

ORDERED that United Parcel Service and Liberty Mutual Insurance Company file a

reply **on or before December 18, 2006.**

DONE this 11th day of December, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE