IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY R. PARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-483 -WHA-DRB |
| | ) |
| MACK TRUCKS, INC.; et al., | ) |
| | ) |
| Defendant. | ) |

**REPLY OF UPS & LIBERTY MUTUAL INSURANCE COMPANY TO DEFENDANT, MACK TRUCK'S, INC.'S RESPONSE TO THIS COURT'S NOVEMBER 28, 2006 SHOW CAUSE ORDER**

COME NOW UPS and Liberty Mutual Insurance Company, and reply to Mack Trucks, Inc.'s Response to this Court's November 28, 2006 Show Cause Order, and say as follows:

1. UPS and Liberty Mutual Insurance Company agree that their intervention in this case should be passive, and limited to preserving and protecting their subrogation claim arising from Al. Code §25-5-11 (1975). UPS and Liberty Mutual do not intend to actively participate in the litigation of this case unless requested or compelled to do so.

2. UPS is incorporated in the State of Delaware, and Liberty Mutual is incorporated in the State of Massachusetts. Plaintiff alleges that he is a resident of the State of Alabama; and Defendant, Mack Trucks, Inc., is incorporated in the State of Pennsylvania. As such, UPS and Liberty Mutual submit that their intervention in this case would not affect this Court's jurisdiction.

                                                  Respectfully Submitted,

                                                  s/T.J. Segrest
                                                  DONALD B. KIRKPATRICK, II
                                                  T.J. SEGREST
                                                  Attorneys for Petitioners, UPS
                                                  and Liberty Mutual Insurance Company

**OF COUNSEL:**
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
tjs@carrallison.com
dbk@carrallison.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 14th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and via U.S. Mail.

Christopher D. Glover, Esq.
Hollis & Wright, P.C.
1750 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

Brett A. Ross, Esq.
Gregory A. Brockwell, Esq.
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216

John Morrow
Geoffrey Bald
Dow Davidson
Burr & Forman, LLP
420 20th Street North, Suite 3100
Birmingham, Alabama 35203-5206

                s/T. J. Segrest
                OF COUNSEL