IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| UPS and LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Intervenors, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 2:06cv483-WHA |
| | ) |
| MACK TRUCKS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This cause is before the court on a Petition to Intervene filed by UPS and Liberty Mutual Insurance Company on November 28, 2006. The putative intervenors are the Plaintiff's employer and its workers' compensation carrier. They seek to intervene to protect their subrogation claim.

In response to this court's Order to show cause why the Petition ought not be granted, the Defendant, Mack Trucks, Inc., has stated that it does not object to the intervention as long as the intervention does not affect the court's jurisdiction, and the intervenors' participation is passive. In their Reply, the putative intervenors have set forth the citizenship of all parties involved, to demonstrate that diversity jurisdiction would continue to exist even with the intervention, and the putative intervenors represent through counsel that their participation will be passive, limited to preserving and protecting their subrogation claim.

Upon consideration of the Petition and the responses thereto, the court finds that the

Petition to Intervene (Doc. #12) is due to be and is hereby ORDERED GRANTED.

Done this 15th day of December, 2006.

      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

Case 2:06-cv-00483-WHA-TFM    Filed 12/15/2006    Page 2 of 2

2