IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   2:06 CV 483-WHA |
| | ) |
| RANDY ALLEN, ET AL. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Comes now, Christopher D. Glover, and files this Motion to Withdraw as counsel for the plaintiff in the above-styled matter. As grounds for said motion, counsel states as follows:

1. On or about January 22, 2007, Christopher D. Glover will leave the law firm of Hollis & Wright, P.C. The above-styled file remains at Pittman, Hooks, Dutton & Hollis, P.C., for further handling by Steven Couch.

WHEREFORE, PREMISES CONSIDERED, Christopher D. Glover, moves this Honorable Court for an order allowing him to withdraw from representation of plaintiff in this case.

s/Christopher D. Glover
Christopher D. Glover (GLO007)
Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama  35203
(205) 324-3600
(205) 324-3636 Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 22nd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brett A. Ross
Gregory A. Brockwell
Daryl P. Harris
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Donald B. Kirkpatrick, II
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

                                              s/Christopher D. Glover
                                              OF COUNSEL