IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv483-WHA |
| | ) |
| RANDY ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Motion to Withdraw (Doc. #18), filed by Christopher D. Glover, Esq. on January 22, 2007.

Although the motion alleges that Steven Couch, Esq., of the firm of Pittman, Hooks, Dutton & Hollis, P.C., will be responsible for further handling of the case for the Plaintiff, no entry of appearance has been filed by Mr. Couch. Until such an entry of appearance has been filed, the court will not grant this motion, and Mr. Glover will continue to be responsible for representing the Plaintiff until that time.

DONE this 29th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE