**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TERRY PARHAM,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**RANDY ALLEN, ET AL.** )<br>)<br>**Defendants.** ) | **2:06 CV 483-WHA** |

## NOTICE OF APPEARANCE

COMES NOW, Steven W. Couch with the law firm of Hollis & Wright, and enters his appearance as counsel of record for the Plaintiff in the above styled cause.

All future correspondence, pleadings, notices and/or inquiries should be directed to the address and telephone number listed below.

                                                                  s/Steve W. Couch_____
                                                                  Steve William (COU-014)
                                                                  Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama  35203
(205) 324-3600
(205) 324-3636 Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 29th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brett A. Ross
Gregory A. Brockwell
Daryl P. Harris
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Donald B. Kirkpatrick, II
Thomas James Segrest
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Dow Ambrose Davidson
Geoffrey S. Bald
John C. Morrow
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

                                          s/Steve W. Couch _____
                                          OF COUNSEL