**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 30, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Parham v. Allen et al

Case Number:   2:06cv00483-WHA

Referenced Pleading:   Notice of Appearance

Docket Entry Number:   20

The referenced pleading was filed on ***January 29, 2007*** in this case and is hereby STRICKEN as a duplicate and erroneous docket entry.  This pleading was E-filed by counsel.

Docket Entry 20 was an erroneous and duplicate docket entry.   Parties are instructed to disregard #20 docketing entry and refer to docket entry # 21 for correction.