IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY PARHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv483-WHA |
| | ) | |
| RANDY ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Notice of Appearance (Doc. #21), filed by Steve W. Couch, Esq., of the firm of Hollis & Wright, P.C., it is hereby

ORDERED that the Motion to Withdraw (Doc. #18), previously filed by Christopher D. Glover, Esq., is GRANTED. Mr. Glover is allowed to withdraw as attorney for the Plaintiff. The Plaintiff will be represented henceforth by Steve W. Couch, Esq., of the firm of Hollis & Wright, P.C.

DONE this 30th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE