IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv483-WHA |
| | ) |
| MACK TRUCKS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Joint Motion to Continue Trial Setting and Request for Scheduling Conference (Doc. #24), the motion is GRANTED, and it is hereby ORDERED as follows:

1. Trial of this case is CONTINUED from the July 17, 2007 trial docket.

2. This case is set for a scheduling conference, in chambers, on Wednesday, March 14, 2007, at 10:00 a.m. Counsel should be prepared at that time to agree on new deadlines in anticipation of a trial date of either December 10, 2007 or March 24, 2008.

DONE this 1st day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE