**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TERRY PARHAM,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **2:06 CV 483-WHA** |
| | ) |
| **MACK TRUCK,** | ) |
| | ) |
|     **Defendant.** | ) |

**NOTICE CONCERNING RESOLUTION**

    COMES NOW, the Plaintiff, by and through counsel and pursuant to Order of this Court, hereby informs the Court that the parties have resolved the claims made the basis of this matter in full. All documents to effectuate the resolution are being executed and it is anticipated that a joint stipulation of dismissal will be submitted thereafter.

                                           s/Steve W. Couch_____
                                           Steve William (COU-014)
                                           Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 29th day of March 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Geoffrey S. Bald
Dow Ambrose Davidson
John C. Morrow
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

                s/Steve W. Couch _____
                OF COUNSEL