UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY R. PARHAM, | ) |
| Plaintiff, | ) ) ) |
| UPS and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Intervenors, | ) Case No. 2:06-cv-483-WHA-DRB ) ) |
| v. | ) ) |
| MACK TRUCKS, INC.; et al., | ) ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT OF UNITED PARCEL SERVICE, INC., AND LIBERTY MUTUAL INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case Number 00-3047, Intervenor United Parcel Service, Inc. (incorporated in Ohio) advises the Court that it is owned by United Parcel Service, Inc. (incorporated in Delaware), which is publicly traded on the New York Stock Exchange under the ticker symbol UPS.

Intervenor Liberty Mutual Insurance Company is incorporated in Massachusetts. Liberty Mutual Insurance Company operates under a mutual holding company structure. The three principal insurance companies of the group are Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company and Employers Insurance Company of Wausau, which are stock insurance companies under the ownership of Liberty Mutual Holding Company, Inc.

Respectfully submitted this 5th day of April, 2007.

s/Thomas J. Segrest
**THOMAS J. SEGREST (SEG014)**
**DONALD B. KIRKPATRICK, II (KIR020)**
Attorneys for Defendant
United Parcel Service, Inc.

OF COUNSEL:
**CARR ALLISON**
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216
(205) 822-2006
tjs@carrallison.com
dbk@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Christopher D. Glover, Esq. | Brett A. Ross, Esq. |
| Hollis & Wright, P.C. | Gregory A. Brockwell, Esq. |
| 1750 Financial Center | Carr Allison |
| 505 North 20th Street | 100 Vestavia Parkway |
| Birmingham, Alabama 35203 | Birmingham, Alabama 35216 |

John Morrow
Geoffrey Bald
Dow Davidson
Burr & Forman, LLP
420 20th Street North, Suite 3100
Birmingham, Alabama 35203-5206

s/T. J. Segrest
OF COUNSEL