IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv483-WHA |
| ) | |
| MACK TRUCKS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 29, 2007, Steve V. Couch, Attorney for the Plaintiff, filed with the court a notice advising that the parties have resolved the claims made the basis of this matter in full. Accordingly, it is hereby

ORDERED that the parties are DIRECTED to file a joint stipulation of dismissal **on or before April 27, 2007**.

DONE this 6th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE