UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY R. PARHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| UPS and LIBERTY MUTUAL INSURANCE COMPANY, | ) ) |
| | ) Case No. 2:06-cv-483-WHA-DRB |
| Intervenors, | ) |
| | ) |
| v. | ) |
| | ) |
| MACK TRUCKS, INC.; et al., | ) |
| | ) |
| Defendant. | ) |

## AMENDED CORPORATE DISCLOSURE STATEMENT OF LIBERTY MUTUAL INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case Number 00-3047, Liberty Mutual Insurance Company hereby amends its Corporate Disclosure, as follows: Liberty Mutual Insurance Company owns 100% of the stock of Liberty Insurance Corporation. Liberty Mutual Group owns 100% of the stock of Liberty Mutual Insurance Company. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc. Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc. No publicly traded entity owns any stock of any of the above-named entities.

Respectfully submitted this 13th day of April, 2007.

                           s/Thomas J. Segrest
                           **THOMAS J. SEGREST (SEG014)**
                           **DONALD B. KIRKPATRICK, II (KIR020)**
                           Attorneys for Defendant
                           United Parcel Service, Inc.

<u>OF COUNSEL:</u>
**CARR ALLISON**
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216
(205) 822-2006
tjs@carrallison.com
dbk@carrallison.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this __16th__ day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Steven Couch, Esq. | Brett A. Ross, Esq. |
| Hollis & Wright, P.C. | Gregory A. Brockwell, Esq. |
| 1750 Financial Center | Carr Allison |
| 505 North 20th Street | 100 Vestavia Parkway |
| Birmingham, Alabama 35203 | Birmingham, Alabama 35216 |

John Morrow
Geoffrey Bald
Dow Davidson
Burr & Forman, LLP
420 20th Street North, Suite 3100
Birmingham, Alabama 35203-5206

                           s/T. J. Segrest
                           OF COUNSEL