## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM,<br><br>      Plaintiff,<br><br>v.<br><br>RANDY ALLEN, an individual, MACK TRUCKS, INC., a corporation, et al.,<br><br>      Defendants. | CIVIL ACTION NO.<br>2:06-CV-483-WHA |

## JOINT STIPULATION OF DISMISSAL

**Comes Now** plaintiff Terry Parham ("Plaintiff"), defendant Mack Trucks, Inc. ("Defendant"), and Intervener, Liberty Mutual Insurance Company (collectively referred to as the "Parties"), and hereby jointly request this Court to dismiss each claim and count therein asserted by Plaintiff in the above-styled action with prejudice, with the Parties to bear their own costs.

**WHEREFORE, PREMISES CONSIDERED,** the Parties respectfully request this Court to enter an Order of Dismissal, with prejudice, in this matter with respect to the claims of Plaintiff, with the Parties to bear their own costs.

Respectfully submitted,

/s/ Dow A. Davidson
John C. Morrow (MOR054)
Geoffrey S. Bald (BAL032)
Dow A. Davidson (DAV160)

Attorneys for Defendants
Mack Trucks, Inc.


/s/ Steve W. Couch
Steve W. Couch
Hollis & Wright, P.C.
1750 Financial Center
505 North 20th Street
Birmingham, Alabama  35203

Attorney for Plaintiff
Terry Parham


/s/ Thomas J. Segrest
Thomas J. Segrest
Carr, Allison
100 Vestavia Pkwy.
Birmingham, Alabama  35216

Attorney for Intervener
Liberty Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM,<br><br>        Plaintiff,<br><br>v.<br><br>RANDY ALLEN, an individual, MACK TRUCKS, INC., a corporation, et al.,<br><br>        Defendants. | CIVIL ACTION NO.<br>2:06-CV-483-WHA |

## ORDER

Having considered the Parties' Joint Stipulation of Dismissal dismissing all of Plaintiff's claims with prejudice, the Court hereby finds that the Joint Stipulation of Dismissal is due to be granted.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's claims are hereby dismissed with prejudice, costs taxed as paid.


_____
UNITED STATES DISTRICT
COURT JUDGE