IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY PARHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY and UPS, ) | |
| ) | |
| Intervenors, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv483-WHA |
| ) | |
| MACK TRUCKS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #33), filed by the parties on May 4, 2007, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 7th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE